**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6231**

———————

MICHAEL T. SCOTT, JR.,

             Plaintiff - Appellant,

      v.

J. PHILLIP MORGAN, Warden; DIVISION OF CORRECTION,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:13-cv-01098-RDB)

———————

Submitted:  May 22, 2014                    Decided:  May 29, 2014

———————

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael T. Scott, Jr., Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Scott, Jr., appeals the district court's order granting Defendants summary judgment on his 42 U.S.C. § 1983 (2012) action against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Scott v. Morgan, No. 1:13-cv-01098-RDB (D. Md. filed Jan. 13, 2014; entered Jan. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED